FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 25 2011

CENTRAL DISTRICT OF CALIFORNIA
BY Shy            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAUL GONZALEZ,<br><br>    Petitioner,<br><br>v.<br><br>LOPEZ, Warden,<br><br>    Respondent. | Case No. CV 10-01165 PSG (AN)<br><br>ORDER ACCEPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the court has conducted a de novo review of the file, including the Magistrate Judge's Report and Recommendation ("R&R"). Petitioner did not file any objections to the R&R.

IT IS ORDERED that:

1. The Court accepts the findings and recommendation of the R&R.

2. Judgment shall be entered denying the Petition and dismissing this action with prejudice.

3. All motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the clerk of the court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: July 22, 2011

                                         PHILIP S. GUTIERREZ
                                         UNITED STATES DISTRICT JUDGE