FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 25 2011
CENTRAL DISTRICT OF CALIFORNIA
BY Shy DEPUTY

ENTER / JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAUL GONZALEZ,<br><br>    Petitioner,<br><br>    v.<br><br>LOPEZ, Warden,<br><br>    Respondent. | Case No. CV 10-01165 PSG (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: July 22, 2011

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE


ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 25 2011
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY